**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

WELLS FARGO COMMERCIAL
DISTRIBUTION FINANCE, LLC,

        Plaintiff,

v.                                                    Case No: 6:16-cv-1265-Orl-40TBS

BRIAN POUNDS,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Final Default Judgment (Doc. 14) filed on August 8, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 9, 2016 (Doc. 15), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment (Doc. 14) is **GRANTED**.

3. The arbitration award entered on May 4, 2016 in favor of Plaintiff and against Defendant in the sum of $73,354.17 with interest thereon as permitted by law is **CONFIRMED**.

4. The Clerk is **DIRECTED** to enter a Default Judgment in favor of Plaintiff and against Defendant in the sum of $73,354.17 with interest thereon as permitted by law.

**DONE AND ORDERED** in Orlando, Florida on August 30, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties